October 15, 2013



# JUDGMENT

# The Fourteenth Court of Appeals

KIMBERLY WOODFORK, Appellant

NO. 14-12-00927-CV                    V.

BANK OF AMERICA, Appellee

_____

This cause, an appeal from the judgment in favor of appellee, BANK OF AMERICA, signed September 24, 2012, was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**.

We order appellant, KIMBERLY WOODFORK, to pay all costs incurred in this appeal.

We further order this decision certified below for observance.